

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2021

No. 04-18-00515-CV

**SOUTHCROSS ENERGY PARTNERS GP, LLC.,**
Appellant

v.

Ivy **GONZALEZ** on Behalf of M.R. Gonzalez, M.N. Gonzalez, Minor Children, and the Estate of Jesus Gonzalez, Jr.; Amy and Jesus Gonzalez, Sr.; and Rene Elizondo,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-139
Honorable Sandra L. Watts, Judge Presiding

# O R D E R

Appellees/Cross-Appellants filed a timely motion for extension of time to file a motion for rehearing. We grant the motion. We order the motion for rehearing due April 12, 2021.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2021.

MICHAEL A. CRUZ, Clerk of Court